IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, | |
| Plaintiff, | Case No. 25-cv-12229 |
| v. | Judge Lindsay C. Jenkins |
| THE INDIVIDUAL, CORPORATION, LIMITED LIABILITY COMPANY, PARTNERSHIP, OR UNINCORPORATED ASSOCIATION IDENTIFIED ON AMENDED SCHEDULE A HERETO, | |
| Defendant. | |

## ORDER

THIS CAUSE coming before the Court on Plaintiff MILWAUKEE ELECTRIC TOOL CORPORATION'S ("Plaintiff") *Ex Parte* Motion for Expedited Discovery against the fully interactive, e-commerce store[1] operating under the seller alias identified in Schedule A to the Complaint as Defendant No. 1 "ANkuou.inc" and attached hereto ("Defendant") and using at least the online marketplace account identified in Amended Schedule A (the "Online Marketplace"), and this Court having considered the Motion and the accompanying record, GRANTS Plaintiff's Motion as follows.

This Court finds that, in the absence of adversarial presentation, it has personal jurisdiction over Defendant since Defendant directly targets its business activities toward consumers in the

---

[1] The e-commerce store url is listed on Amended Schedule A hereto under the Online Marketplace.

United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendant has targeted sales to Illinois residents by setting up and operating at least one e-commerce store that targets United States consumers using one or more seller aliases, offers shipping to the United States, including Illinois, accepts payment in U.S. dollars and/or funds from U.S. bank accounts, and has sold products using infringing and counterfeit versions of Plaintiff's federally registered Trademarks (the "MILWAUKEE Trademarks") to residents of Illinois. Accordingly, this Court orders that:

1. The Court authorizes Plaintiff to serve third-party discovery on an expedited basis, with responses due not less than 10 days after service. The requests shall be proportional to the immediate needs of the case. See Fed. R. Civ. P. 26(b)(1). For example, a request for "documents sufficient to show X" is better than a request for "all documents showing X." Plaintiff shall con-sider what documents it genuinely needs at this early stage and shall consider the burden on third parties. Plaintiff shall work cooperatively with third parties impacted by this Order and make reasonable, good faith efforts to ease the burdens imposed by Plaintiff's request for expedited discovery

2. Plaintiff is authorized to issue expedited written discovery to Defendant, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

    a. the identity and location of Defendant, its officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with it, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendant's operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with its Online Marketplace and Defendant's financial

        accounts, including Defendant's sales and listing history related to their Online Marketplace; and

    c. any financial accounts owned or controlled by Defendant, including its officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with it, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Plaintiff may provide notice of the proceedings in this case to Defendant, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 2 to the Declaration of Jay Paragoso and any e-mail addresses provided for Defendant by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "ANkuou.inc". The combination of providing notice via electronic publication and e-mail, along with any notice that Defendant receives from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendant of the pendency of the action and afford it the opportunity to present its objections.

Date: 10/23/2025

ENTERED:

_____
Lindsay C. Jenkins
United States District Judge

**AMENDED SCHEDULE A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | ANkuou.inc |

| No | Defendants Online Marketplace |
|---|---|
| 1 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A35TVFDRD90TKN&asin=B0FCM63BSD&ref_=dp_merchant_link |