IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br> Plaintiff,<br><br>v.<br><br>THE INDIVIDUAL, CORPORATION, LIMITED LIABILITY COMPANY, PARTNERSHIP, OR UNINCORPORATED ASSOCIATION IDENTIFIED ON AMENDED SCHEDULE A HERETO,<br><br> Defendant. | Case No. 25-cv-12229<br><br>Judge Lindsay C. Jenkins |

**CERTIFICATE OF SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(l)(2)(B)**

I, Elizabeth A. Miller, of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff MILWAUKEE ELECTRIC TOOL CORPORATION. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On October 23, 2025, this Court entered an Order [Dkt. No. 27], permitting Plaintiff to complete service of process on Defendant, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified

in Exhibit 2 to the Declaration of Jay Paragoso and any e-mail addresses provided for Defendant by third parties.

3. Pursuant to Federal Rule of Civil Procedure 4(l)(2)(B), I hereby certify that on November 5, 2025, I sent an email to Defendant containing a copy of the Second Amended Complaint, Order, and Summons to the email address provided for Defendant by third parties that included a link to said website that published a copy of the Second Amended Complaint, Order, and Summons.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2025, at Chicago, Illinois.

/s/ Elizabeth A. Miller
Elizabeth A. Miller
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Certificate of Service was electronically filed with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 6, 2025.

                                                  */s/ Elizabeth A. Miller*
                                                  Elizabeth A. Miller