IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, | ) |
| | ) Case No. 25-cv-12229 |
| Plaintiff, | ) |
| | ) |
| | ) Judge Lindsay C. Jenkins |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED | ) |
| ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 1**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff MILWAUKEE ELECTRIC TOOL CORPORATION, hereby dismisses with prejudice all causes of action in the complaint as to the Defendant identified below and in Schedule A. No motion is pending relative to this Defendant. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 1 | ANkuou.inc |

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Defendant No. 1 "ANkuou.inc" is the only defendant in this matter. Consistent herewith, Plaintiff consents to the Court closing this case for administrative purposes.

Dated: November 21, 2025

Respectfully submitted,

By: s/Michael A. Hierl
    Michael A. Hierl
    William B. Kalbac
    Robert P. McMurray
    John Wilson
    Elizabeth A. Miller
    Hughes Socol Piers Resnick & Dym, Ltd.
    Three First National Plaza
    70 W. Madison Street, Suite 4000
    Chicago, Illinois 60602
    (312) 580-0100 Telephone
    (312) 580-1994 Facsimile
    mhierl@hsplegal.com

    Attorneys for Plaintiff
    MILWAUKEE ELECTRIC TOOL
    CORPORATION

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 21, 2025.

                                                                                                s/Michael A. Hierl